IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARCUS OCTAVIOUS SLATON, | : | |
| Petitioner, | : : : | |
| V. | : : | NO. 5:24-cv-00175-CAR-CHW |
| STATE OF GEORGIA, | : : | |
| Respondent. | : : : | |

### ORDER

Petitioner Marcus Octavious Slaton, a prisoner in Macon State Prison in Oglethorpe, Georgia, has filed a handwritten document that has been docketed as a 28 U.S.C. § 2254 petition for a writ of habeas corpus. Pet. for Writ of Habeas Corpus, ECF No. 1. Petitioner did not, however, use the required habeas corpus form. If he wants to proceed with this action, Petitioner is **ORDERED** to complete and file a 28 U.S.C. § 2254 habeas corpus form. Petitioner's recast petition will take the place of, and supersede, his handwritten petition, so Petitioner should take care to include all the necessary information in his recast petition.

Additionally, Petitioner has neither paid the $5.00 filing fee for a habeas petition nor filed a motion to proceed without prepayment of filing fee. A prisoner seeking to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). If he wishes to proceed in this action, Petitioner is also **ORDERED** to

either pay the $5.00 filing fee or file a complete and proper motion for leave to proceed *in forma pauperis*.

Petitioner shall have **FOURTEEN (14) DAYS** to file his recast petition and either pay the $5.00 filing fee or move for leave to proceed *in forma pauperis*. The Clerk of Court is **DIRECTED** to forward a copy of this order, a 28 U.S.C. § 2254 form, and an application to proceed without prepayment of the filing fee, along with the proper account certification form (with the civil action number shown on all) to Petitioner.

While this case is pending, Petitioner must immediately inform this Court in writing as to any change in his address. Petitioner's failure to comply with this order may result in the dismissal of this action.

There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 24th day of June, 2024.

        s/ Charles H. Weigle
        Charles H. Weigle
        United States Magistrate Judge