# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MARCUS OCTAVIOUS SLATON,** | : | |
| Petitioner, | : | |
| v. | : | Case No. 5:24-cv-175-CAR-CHW |
| Warden **TIMOTHY SALES,** | : | Proceedings Under 28 U.S.C. § 2254 |
| | : | Before the U.S. Magistrate Judge |
| Respondent. | : | |

## ORDER

Petitioner Marcus Octavious Slaton commenced this 28 U.S.C. § 2254 on May 22, 2024. (Doc. 1). Following the Courts order on June 14, 2024, to Petitioner to recast on the standard Section 2254 habeas corpus form within 14 days (Doc. 3), Petitioner filed his recast petition on October 7, 2024. (Doc. 9). It appears either that Petitioner omitted page six of the Court's standard Section 2254 form which contains Ground One of the petition or that page six of the form was not properly scanned when the document was electronically docketed. *See* (Doc. 9). Page seven of the petition relates to Ground One, and Petitioner completed the required prompts. (*Id.*, p. 6). Petitioner's remaining three grounds directly follow his arguments to the Court of Appeals of Georgia. (Docs. 9, pp. 7–11; 27, pp. 8–9). Petitioner has also filed numerous other motions seemingly related to his petition, in which he alleges the trial court impermissibly allowed a prosecution witness to testify. *See* (Docs. 19, 20, 21, 22, 31). Because Ground One of Petitioner's Section 2254 petition is missing from the record and Petitioner has filed numerous other motions seemingly related to his petition, the Court, out of an abundance of caution, **ORDERS** Petitioner to complete and file a copy of his recast petition or a new 28 U.S.C. § 2254 habeas corpus form in which Petitioner restates and incorporates *all* grounds for relief.

Petitioner shall have **FOURTEEN (14) DAYS** to file his recast petition. The Clerk of Court is **DIRECTED** to forward a copy of this order and a 28 U.S.C. § 2254 form to Petitioner.

**SO ORDERED**, this 28th day of August, 2025.

                                                s/ Charles H. Weigle
                                                Charles H. Weigle
                                                United States Magistrate Judge