IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARCUS OCTAVIOUS SLATON ,                    *

                Petitioner,                    *

v.                                                          Case No. 5:24-CV-175-CHW

                                *

WARDEN TIMOTHY SALES ,

                                *

                Respondent.

                                *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 10, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 10th day of February, 2026.

                              David W. Bunt, Clerk


                              s/ Michelle Paschal, Deputy Clerk